9 P.3d 517

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Eisermann | 22407 | 03/06/2000 | Affirmed |
| State v. Fredricksen | 21890 | 03/07/2000 | Affirmed |
| State v. Dobson | 22495 | 03/07/2000 | Affirmed |
| Household Finance Corp.v . Atimua | 22368 | 03/07/2000 | Affirmed |
| State v. Kassel | 22170 | 03/15/2000 | Affirmed |
| State v. Pineridge Farms, Inc. | 22583 | 03/16/2000 | Affirmed |
| State v. Sherman | 22351 | 03/20/2000 | Affirmed |
| State v. Harris | 22408 | 03/22/2000 | Affirmed |
| Lucena v. Diangelo | 22066 | 03/23/2000 | Affirmed |
| Whitman v. Whitman | 22409 | 04/06/2000 | Affirmed in part, Vacated & Remanded |
| Desmarais v. State | 22198 | 04/07/2000 | Affirmed |
| State v. Fujimoto | 22446 | 04/13/2000 | Affirmed |
| State v. Brown | 21557 | 04/14/2000 | Vacated & Remanded |
| State v. Kupau | 22197 | 04/20/2000 | Vacated & Remanded |
| Pu v. State | 22258 | 04/24/2000 | Vacated & Remanded |
| GE Capital Hawai'i, Inc. v. Barlan | 22388 | 06/05/2000 | Vacated & Remanded |
| New v. New | 22460 | 06/08/2000 | Affirmed |
| Business Brokers Hawai'i, Inc. v. FTF, Inc. | 22323 | 06/14/2000 | Vacated & Remanded, Affirmed in part |
| Kawahakui v. Kawahakui | 22722, 22915 | 06/16/2000 | Vacated & Remanded |
| Katakura v. Katakura | 22608 | 06/26/2000 | Affirmed |
| State v. Yonemura | 22308 | 06/29/2000 | Vacated & Remanded |